## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RITCHIE DIAZ,** | : | |
| | : | **Civil Action No. 21-3259** |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SUNRISE GROUPS, LLC** | : | |
| | : | |
| **Defendant.** | : | |

### PLAINTIFF'S MOTION TO ENTER DEFAULT JUDGMENT

Plaintiff Ritchie Diaz by and through his undersigned counsel, hereby moves before this Honorable Court for the entry of default judgment against Defendant Sunrise Groups, LLC pursuant to Fed. R. Civ. Pro. 55(b), in the amount of in the amount of $45,571.82, plus interest on the judgment at the legal rate until the judgment is satisfied.  Plaintiff's arguments in support of this Motion are explained in the accompanying Memorandum of Law, attached Exhibits, and attached Affidavits, which are incorporated into this Motion by Reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

*/s/ Jake Daniel Novelli, Esq.*
Jake Daniel Novelli, Esquire
Michael Murphy, Esquire
1628 John F. Kennedy Blvd., Suite 2000
Philadelphia, PA 19103
TEL: (267) 273-1054
FAX: (215) 525-0210
jnovelli@phillyemploymentlawyer.com
murphy@phillyemploymentlawyer.com

Dated: May 6, 2024                                  *Attorneys for Plaintiff*