IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RITCHIE DIAZ**, <br><br> Plaintiff, <br><br> v. <br><br> **SUNRISE GROUPS, LLC,** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 21-3259-KSM |

## ORDER

**AND NOW**, this 24th day of July 2024, after considering Plaintiff's Motion for Default Judgment and Supplement (Doc. Nos. 11, 18), and the arguments made by Plaintiff's counsel during oral argument on May 30, 2024; and the Clerk of Court having previously entered default against Defendant Sunrise Groups, LLC for failure to appear (Jan. 21, 2022 Entry); and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED** and **FINAL JUDGMENT** in the amounts set forth below amounting to subtotal of **$41,730.82,** accruing at a rate of 4.86%, shall be entered against Defendant Sunrise Groups, LLC and in favor of Plaintiff Ritchie Diaz.

| | |
|---|---|
| Principal: | $38,309.83 |
| Costs: | $796.74 |
| Attorneys' Fees: | $3,341.25 |
| Post-Judgment Interest: | Accruing at a rate of 4.86% |

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.